**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties,

THE COURT FINDS that failing to exclude the time between April 7, 2015 and April 21, 2015 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between April 7, 2015 and April 21, 2015 from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between April 7, 2015 and April 21, 2015 shall be excluded from computation under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: April 13, 2015.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

STIP. TO EXCLUDE TIME; PROPOSED ORDER
NO. CR 15-095 WHA